FILED
CLERK U.S. DISTRICT COURT

JAN - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

Hector Humberto Ohm

                Defendant.

Case No.: 13 - MJ - 0035

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on lack of employment, ties to foreign

1  country, foreign travel, the absence of
2  identified bail resources and prior
3  failure to appear.
4  and/or
5  B.  ✓ The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: the nature of the alleged violation, and defendants
10 prior criminal history.
11
12
13

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  11 9 13
18
19
20                                    CARLA M. WOEHRLE
21                         UNITES STATES MAGISTRATE JUDGE

2